# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 22, 2019**

SEAN F. McAVOY, CLERK

E.W. BRANDT & SONS, INC.,

*Plaintiff*

v.

EXCLUSIVE PRODUCE, INC.,

*Defendant*

Civil Action No. 1:19-cv-03152-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Default Judgment (ECF No. 8) is GRANTED.
Judgment is entered in Plaintiff's favor in the total amount of $177,828.54 as follows:
$147,352.31 in principal; $26,380.84 in prejudgment interest (1.5% per month from September 1, 2017, to August 29, 2018); $3,595.39 in post-judgment interest (2.44% per annum from August 29, 2018, until paid); and $500 in filing fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge STANLEY A. BASTIAN on a motion for Default Judgment (ECF No. 8)

Date: 10/22/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates